

SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

DEC 15 2017

JULIA C. DUDLEY, CLERK
BY: /s/ C. Surber
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) ) <br> _____ ) | MISC. NO. 1:18mc7 <br><br> **Filed Under Seal** |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Snapchat, an electronic communications service provider and/or a remote computing service headquartered at 63 Market Street, Venice, California 90291, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order will seriously jeopardize the ongoing investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of the Accounts listed in Attachment A, or to any other person, unless and until otherwise authorized to do so by the Court, except that the Providers may disclose this Order to their respective attorneys for the purpose of receiving legal advice.

109

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States Attorney's Office with three certified copies of the application and Order.

12/15/17
Date

Honorable Pamela Meade Sargent
United States Magistrate Judge

## ATTACHMENT A

**I.      The Account(s)**

The Order applies to certain records and information associated with the following Snapchat user name kseigler7:

**II.     Records and Other Information to Be Disclosed**

Snapchat is required to disclose the following records and other information, if available, to the United States for each account or identifier listed in Part I of this Attachment ("Account"), for the time period May 01, 2017 through December 12, 2017:

   A.   The following information about the customers or subscribers of the Account:

   1. Names (including subscriber names, user names, and screen names);
   2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);
   3. Local and long distance telephone connection records;
   4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;
   5. Length of service (including start date) and types of service utilized;
   6. Telephone or instrument numbers (including MAC addresses, **[the following items apply only to cell phones:]** Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"), International Mobile Subscriber Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI"));
   7. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
   8. Means and source of payment for such service (including any credit card or bank account number) and billing records.

    B.    All records and other information (not including the contents of communications) relating to the Account, including:

        1.    Basic subscriber information for the Snapchat account associated with the username kseigler7 consisting of the email address, phone number, account creation date and timestamps and IP address for account logins/logouts.

        2.    Logs, including sender, recipient, date, and time, concerning the previous Snaps sent to or from the Snapchat account with the username kseigler7.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Snapchat, and my official title is _____. I am a custodian of records for Snapchat. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Snapchat, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of [Snapchat; and

    c.    such records were made by Snapchat as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____
Date                                                    Signature